IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DIRECTV, INC., a California
corporation,

        Plaintiff,                  Case No. 03-6128-HO

           v.                     ORDER

LEE CHASE, et al.,

        Defendants.

      Plaintiff filed a motion to enforce the settlement agreement

with defendant John Eastman.  The parties agreed in a stipulation

of dismissal that this action may be reopened in the event

Eastman "fails to fulfill specified contingencies upon which this

action was settled."  Stipulation of Dismissal filed May 11, 2004

at 1-2.  The court, however, has not acted to retain jurisdiction

over the settlement agreement and has not embodied the settlement

agreement in a dismissal order.  The court therefore lacks

jurisdiction to enforce the settlement agreement.  Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381-82 (1994).  Plaintiff is not entitled to costs based on the stipulation that dismissal is without costs.

Conclusion

Based on the foregoing, plaintiff's motion to enforce settlement agreement [#114] is denied; plaintiff's cost bill [#117] is denied.

IT IS SO ORDERED.

DATED this   14th   day of July, 2006.


         s/ Michael R. Hogan
    United States District Judge